# U.S. Southern District Court of Florida

Raul Lazaro Carbonell          Magistrate Case #~~08-2201-Palermo~~ 08-20170-CR- Altonaga

Vs.

United States

## Stipulation of Bond Nebbia Requirements as to a $25,000.00 Corporate Surety Bond

Whereas' it is has been agreed that the collateral and premium source of the corporate surety bond of $25,000.00 has been sufficiently provided to the governments satisfaction. It is agreed that the Nebbia requirement set by this court is satisfied by the defendant's defense counsel Juan Berrios and AUSA Dan Burnstein, that both parties pray that this court accept the agreed bond stipulation, satisfying the said Nebbia and allow the bond to be posted with the clerk of the court.

_____          _____
Juan Berrios #0236070                                AUSA:Dan Burnstein

Order accepting defense and AUSA stipulation of Nebbia requirements this day __28__ of February, 2008 by;

_____

**U.S. Magistrate; Robert L. Dube**

# NEBBIA PROFFER

For:

## Raul Lazaro Carbonell
## $25,000.00 CSB

### Case #08-2201-PALERMO

### Before the Honorable U.S. Magistrate Judge

### Robert L. Dube

This Proffer Respectfully submitted by:

Oscar Chiuz, Licensed Surety Agent

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S)
# NOT SCANNED/SCANNED
### and are available in the
## SUPPLEMENTAL PAPER FILE

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. _08-20170-CR-Altonaga_

Date _3/13/08_

☐ DUE TO POOR QUALITY
☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
    consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD/TRANSCRIPT (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☒ OTHER = _Medical Documents containing personal information_